UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-31850 |
|---|---|
| JASON W. MITCHELL | (Chapter 13) |
| KARIN R MITCHELL | |
| Debtors | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4089289**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 10/ 24 | 1ST AMERICAN CREDIT SOLUTION<br>BOX 117<br>PICKERINGTON, OH  43147 | 4.07 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/28/2011

Certificate of Service                    08-31850

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JASON W. MITCHELL<br>KARIN R MITCHELL<br>190 CHARLES DRIVE<br>FRANKLIN, OH  45005 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 | (24.1)<br>1ST AMERICAN CREDIT SOLUTION<br>BOX 117<br>PICKERINGTON, OH  43147 |
| (19.1n)<br>CHASE AUTO FINANCE<br>AZ1-1191<br>201 N CENTRAL AVE<br>PHOENIX, AZ  85004 | (25.1n)<br>ECMC<br>7325 BEAUFONT SPRINGS<br>SUITE 200<br>RICHMOND, VA  23225 | (20.1n)<br>GE MONEY BANK % REC MGNT SYS<br>ATTN RAMESH SINGH<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL  33131 |
| (18.1n)<br>GREGORY A STOUT<br>MAPOTHER & MAPOTHER PSC<br>801 WEST JEFFERSON STREET<br>LOUISVILLE, KY  40202 | (26.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 | (17.1n)<br>THEODORE A KONSTANTINOPOULOS<br>JAVITCH BLOCK RATHBONE<br>1100 SUPERIOR AVE  19TH FL<br>CLEVELAND, OH  44114 |
| (1006.1n)<br>THOMAS L CANARY JR<br>815 W MARKET ST<br>SUITE 500<br>LOUISVILLE, KY  40202 | | |

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner _____ sv